Form 3A
(10/05)

# United States Bankruptcy Court

District Of __Illinois__

In re __Leila F Scott__,   Case No. __08-03827__
Debtor                    Chapter __4__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __74.75__   Check one ☐ With the filing of the petition, or
                          ☑ On or before __3·15·08__
    $ __74.75__   on or before __March 29, 2008__
    $ __74.75__   on or before __April 12, 2008__
    $ __74.75__   on or before __April 26, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   X __Leila Scott__   __3·1·08__
Signature of Attorney   Date   Signature of Debtor   Date
                               (In a joint case, both spouses must sign.)

Name of Attorney

_____   _____
                            Signature of Joint Debtor (if any)   Date



Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re  Leila 7 Scott ,
      Debtor

Case No. _____

Chapter _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _____

_____
Kenneth S. Gardner, Clerk of the Court



# Earnings Statement

Period Beginning: 02/17/2008
Period Ending: 02/23/2008
Pay Date: 02/29/2008

**First Student**
FIRST STUDENT TRANSPORTATION LLC
705 CENTRAL AVENUE, SUITE 360
CINCINNATI, OHIO 45202

LEILA F SCOTT
1505 LORELEI
APT. 305
ZION IL 60099-0000

CO. FILE DEPT. CLOCK NUMBER 080
U2F 703760 149000 AFM C003987369 1

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  IL: 0

Social Security Number: XXX-XX-2766

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0800 | 22.75 | 365.82 | 3,536.17 |
| Retro | | | 50.97 | 50.97 |
| Holiday | | | | 250.53 |
| Meeting Pay | | | | 16.08 |
| Non Driving | | | | 8.04 |
| **Gross Pay** | | | **$416.79** | 3,861.79 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.25 | 307.09 |
| | Social Security Tax | -25.19 | 234.89 |
| | Medicare Tax | -5.89 | 54.93 |
| | IL State Income Tax | -12.19 | 113.66 |
| | Other | | |
| | Dental Pre Tax | -10.46* | 73.22 |
| | Life Insurance | -1.51 | 10.57 |
| | Union Dues | | 26.53 |
| | **Net Pay** | **$336.30** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $406.33
Your IL taxable wages this period are $406.33

| Form **1040A** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** 2007 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|

OMB No. 1545-0074

**Label** (See page 15.)

**Use the IRS label.** Otherwise, please print or type.

**Presidential Election Campaign**

| | |
|---|---|
| Your first name and initial | Last name |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see page 15. | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 15. | |

Your social security number: 351 62 2766

Spouse's social security number:

▲ You must enter your SSN(s) above ▲

Checking a box below will not change your tax or refund.

▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 15). ▶ ☐ You ☐ Spouse

**Filing status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 18.

d Total number of exemptions claimed. **1**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | **7** 20213 03 |
| 8a | Taxable interest. Attach Schedule 1 if required. | **8a** —0— |
| b | Tax-exempt interest. Do not include on line 8a. **8b** —0— | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | **9a** —0— |
| b | Qualified dividends (see page 22). **9b** —0— | |
| 10 | Capital gain distributions (see page 22). | **10** —0— |
| 11a | IRA distributions. **11a** —0— | 11b Taxable amount (see page 22). **11b** —0— |
| 12a | Pensions and annuities. **12a** —0— | 12b Taxable amount (see page 23). **12b** —0— |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | **13** 2100 00 |
| 14a | Social security benefits. **14a** —0— | 14b Taxable amount (see page 25). **14b** —0— |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | **15** 22313 03 |

**Adjusted gross income**

| | | |
|---|---|---|
| 16 | Educator expenses (see page 26). **16** —0— | |
| 17 | IRA deduction (see page 27). **17** —0— | |
| 18 | Student loan interest deduction (see page 29). **18** —0— | |
| 19 | Tuition and fees deduction. Attach Form 8917. **19** —0— | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | **20** —0— |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | **21** 22313 03 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 74.    Cat. No. 11327A    Form **1040A** (2007)

Form 1040A (2007) Page 2

**Tax, credits, and payments**

| | | | |
|---|---|---|---|
| 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 22313 03 |

23a Check if: ☐ You were born before January 2, 1943, ☐ Blind  Total boxes
☐ Spouse was born before January 2, 1943, ☐ Blind  checked ▶ 23a  0

b If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ▶ 23b ☐

**Standard Deduction for—**
- People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 30.
- All others:
Single or Married filing separately, $5,350
Married filing jointly or Qualifying widow(er), $10,700
Head of household, $7,850

| | | | |
|---|---|---|---|
| 24 | Enter your **standard deduction** (see left margin). | 24 | 5350 00 |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 16963 03 |
| 26 | If line 22 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 22 is over $117,300, see the worksheet on page 32. | 26 | 3400 00 |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**. ▶ | 27 | 13563 03 |
| 28 | Tax, including any alternative minimum tax (see page 30). | 28 | 1645 00 |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 — 0 — | |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 — 0 — | |
| 31 | Education credits. Attach Form 8863. | 31 — 0 — | |
| 32 | Child tax credit (see page 35). Attach Form 8901 if required. | 32 — 0 — | |
| 33 | Retirement savings contributions credit. Attach Form 8880. | 33 — 0 — | |
| 34 | Add lines 29 through 33. These are your **total credits**. | 34 | — 0 — |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 1645 00 |
| 36 | Advance earned income credit payments from Form(s) W-2, box 9. | 36 | — 0 — |
| 37 | Add lines 35 and 36. This is your **total tax**. ▶ | 37 | 1645 00 |
| 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | 1656 06 |
| 39 | 2007 estimated tax payments and amount applied from 2006 return. | 39 — 0 — | |
| 40a | **Earned income credit (EIC)**. | 40a — 0 — | |
| b | Nontaxable combat pay election. 40b | | |
| 41 | Additional child tax credit. Attach Form 8812. | 41 — 0 — | |
| 42 | Add lines 38, 39, 40a, and 41. These are your **total payments**. ▶ | 42 | 1656 06 |

**If you have a qualifying child, attach Schedule EIC.**

**Refund**

Direct deposit? See page 52 and fill in 44b, 44c, and 44d or Form 8888.

| | | | |
|---|---|---|---|
| 43 | If line 42 is more than line 37, subtract line 37 from line 42. This is the amount you **overpaid**. | 43 | 11 06 |
| 44a | Amount of line 43 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 44a | 11 06 |

▶ b Routing number [ ]  ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number [ ]

| | | | |
|---|---|---|---|
| 45 | Amount of line 43 you want **applied to your 2008 estimated tax**. | 45 — 0 — | |

**Amount you owe**

| | | | |
|---|---|---|---|
| 46 | **Amount you owe**. Subtract line 42 from line 37. For details on how to pay, see page 63. ▶ | 46 | — 0 — |
| 47 | Estimated tax penalty (see page 53). | 47 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 54)? ☐ **Yes. Complete the following.** ☐ **No**

Designee's name ▶    Phone no. ▶ (   )    Personal identification number (PIN) ▶ [ ]

**Sign here**
Joint return? See page 15. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: *Leila Scott*   Date: 3-5-08   Your occupation: Bus driver   Daytime phone number: (224) 789-4449

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶     Date     Check if self-employed ☐    Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶    EIN    Phone no. (   )

Form 1040A (2007)

**Illinois Department of Revenue**
# 2007 Form IL-1040
Individual Income Tax Return      or for fiscal year ending __ __ / 0 8

*Do not write above this line.*

## Step 1: Personal Information

**A** Your Social Security numbers in the order they appear on your federal return

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       ___-__-____

Your Social Security number          Your spouse's Social Security number

**B** Place your label or print your personal information below

Your first name and initial | Your last name
Your spouse's first name and initial | Your spouse's last name (if different)
Mailing address
City | State | ZIP

**C** Filing status (see instructions)

[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

## Step 2: Income

1. Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 ............ 1  22313 |03
2. Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ ............ 2  -0-
3. Other additions to your income. **Attach** Schedule M. ............ 3  -0-
4. Add Lines 1 through 3. This is your total income. ............ 4  22313 |03

## Step 3: Base Income

5. Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1. ............ 5  -0-
6. Military pay earned if included in Step 2, Line 1. **Attach** military W-2. ............ 6  -0-
7. Illinois Income Tax overpayment included in U.S. 1040, Line 10 ............ 7  -0-
8. U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 ............ 8  -0-
9. Other subtractions to your income. **Attach** Schedule M.
   Check if Line 9 includes any amount from Schedule 1299-C [ ] ............ 9  -0-
10. Add Lines 5 through 9. This is the total of your subtractions. ............ 10  -0-
11. Subtract Line 10 from Line 4. This is your Illinois **base income**. ............ 11  22313 |03

## Step 4: Exemptions

*See Instructions before completing Line 12.*

12. a Number of exemptions from your federal return       1  X $2,000  a  2000 |00
    b If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.       __ X $2,000  b  -0-
    c Check if 65 or older: [ ] You  +  [ ] Spouse =    __ X $1,000  c  -0-
    d Check if legally blind: [ ] You + [ ] Spouse =    __ X $1,000  d  -0-
    Add Lines a through d. This is your total Illinois exemption allowance. ............ 12  2000 |00

## Step 5: Net Income

13. *Residents only:* Subtract Line 12 from Line 11. This is your net income. *Skip Line 14*. ............ 13  20313 |03
14. *Nonresidents and part-year residents only:*
    Check the box that applies to you during 2007 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. **Attach** Schedule NR. 14 ............ -0-

## Step 6: Tax

15. *Residents:* Multiply Line 13 by 3% (.03). Write the result here. This is your **tax**.
    *Nonresidents and part-year residents:* Write the tax from Schedule NR.
    This amount may not be less than zero. ............ 15  609 |39

IL-1040 front (R-12/07)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

16  Tax amount from Page 1, Step 6, Line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16 ____669__|_39_

**Step 7: Payments and Credits**

17  Illinois Income Tax withheld. **Attach** W-2 and 1099 forms.  17 ____612__|_40_

18  Estimated payments from Forms IL-505-I and IL-1040-ES, including
overpayment applied from Line 31 of your 2006 return  18 ____–0–__|____

<small>Nonresidents may not claim a credit on Lines 19, 20, or 21.</small>

19  Income tax paid to another state while an Illinois resident. **Attach**
Schedule CR and other states' returns.  19 ____–0–__|____

20  Illinois Property Tax credit. **Complete PT Worksheet in Instructions.**
PT Worksheet Line 3 amount   20a ____–0–__|____
PT Worksheet Line 8 amount  20b ____–0–__|____

<small>The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.</small>

21  K-12 education expense credit. **Complete ED Worksheet in Instructions**
**or Schedule ED. Attach** receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount  21a _____|____
ED Worksheet or Schedule ED Line 10 amount  21b ____–0–__|____

22  Earned Income Credit. **Complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount   22a _____|____
EIC Worksheet Line 4 amount  22b ____–0–__|____

23  Income tax credit amount from Schedule 1299-C. **Attach**
Schedule 1299-C.  23 ____–0–__|____

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is your payments and credits total.  24 ____612__|_40_

**Step 8: Overpayment or Tax Due**

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.**  25 ____3__|_01_

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.**  26 ____56__|_99_

**Step 9: Penalty**

27  Late-payment penalty for underpayment of estimated tax  27 ____–0–__|____
    a  Check if you annualized your income on Form IL-2210, Step 6, or if you are
       65 or older and permanently living in a nursing home. **Attach Form IL-2210.** ☐
    b  Check if at least two-thirds of your federal gross income
       is from farming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Step 10: Donations** *Any donation will reduce your refund or increase the amount you owe*

28  Amount you wish to donate to one or more of the following voluntary contribution funds:

| Wildlife | a ____|____ | Breast Cancer | e ____|____ | Diabetes | i ____|____ |
| Child Abuse | b ____|____ | Multiple Sclerosis | f ____|____ | Autoimmune | j ____|____ |
| Alzheimer's | c ____|____ | Military Family | g ____|____ | Lung Cancer | k ____|____ |
| Homeless | d ____|____ | IL Veterans' Home | h ____|____ | | |

Add Lines a through k. This is your donations total.  28 ____–0–__|____

29  Add Line 27 and Line 28. This is your penalty and donations total.  29 ____–0–__|____

**Step 11: Refund or Amount You Owe**

30  If you have an overpayment on Line 25 and this amount is greater than
    Line 29, subtract Line 29 from Line 25.  30 ____3__|_01_

31  Amount from Line 30 that you want applied to 2008 estimated tax  31 ____–0–__|____

32  Subtract Line 31 from Line 30. This is your **refund.**  32 ____3__|_01_

33  Complete to direct deposit your refund
    Routing number  ☐☐☐☐☐☐☐☐☐  ☐ Checking or  ☐ Savings
    Account number  ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

34  If you have tax due on Line 26, add Lines 26 and 29. **or**
    If you have an overpayment on Line 25 and this amount is less than Line 29,
    subtract Line 25 from Line 29. This is the **amount you owe.**  34 ____56__|_99_

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

_Leila Scott_  _3·5·08_  _224-789-9449_  _____  _____
Your signature  Date  Daytime phone number  Your spouse's signature  Date

_____  _____  _____  _____
Paid preparer's signature  Date  Preparer's phone number  Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 back (R-12/07) DR_____  AP_____  CA  DE  EV  ME  MO  PR  RM  RR  TT  TV  WA  WT  WV  ZZ  ID_____